IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE

|  |  |  |
|---|---|---|
| **Gaye Pomika Bigbee** | : | BK NO. |
|  | : | **17-16295-MDC** |
| DEBTOR | : |  |

**Praecipe to Withdraw**
**Certificate of No Response to Application for Compensation**

TO THE CLERK OF COURT:

Kindly mark as withdrawn the Certificate of No Response to Application for Compensation filed in this case on May 22, 2018.

/S/Michael D. Ward
_____
Michael D. Ward

DATED:    May 23, 2018

Dept. of the Treasury
IRS
PO Box 7346
Phila., PA 19101-7346

Educational Credit Management Corporation
PO Box 16408
St. Paul, MN 55116-0408

City of Chester
c/o Portnoff Law Associates, Ltd.
P.O. Box 3020
Norristown, PA 19404

Habitat for Humanity
c/o Pennsylvania Housing Finance Agency
211 North Front Street
Harrisburg, PA 17101