IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE

|  |  |  |
|---|---|---|
| **Gaye Pomika Bigbee** | : | BK NO. |
| **Debtor** | : | **17-16295-MDC** |

## CERTIFICATION OF NON-RESPONSE
## TO NOTICE OF APPLICATION FOR APPROVAL OF LEGAL FEE

The undersigned, Michael D. Ward, Esquire does hereby aver and certify that he did serve copies of the Notice of Application for Approval of Legal Fee,   as approved by the Clerk of the U.S. Bankruptcy Court for the Eastern District of Pennsylvania, upon all interested parties, as listed on the attached Exhibit "A", which lists includes all the parties listed on the master mailing list (typing matrix) by depositing same with the United States Postal Service, at Philadelphia, PA as regular first class mail, postage pre-paid or by ECF e-mail on the following date:    **April 29, 2018**

More than twenty (20) days have elapsed from the date of mailing of said Notice of Application for Approval of Legal Fee, and having received no response thereto, and more than twenty (20) days having elapsed since the mailing of the Notice of Application for Approval of Legal Fee, and having received no response thereto, the undersigned as Attorney for the Debtor(s) does hereby ask that the fee in this case be Approved

Respectfully submitted,

Dated**:  May 21, 2017**                    /s/ Michael D Ward, Esq

Michael D. Ward
Attorney for the Debtor(s)

\  IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE
:
**Gaye Pomika Bigbee**                                         :        BK NO.
   **Debtor**                                                          :        **17-16295-MDC**

# EXHIBIT A

The Notice of Application for Attorney's Fees upon the Debtor, the US and Chapter 13 Trustee's, the matrix and:

**KEVIN G. MCDONALD**
KML LAW GROUP, P.C.
701 Market St. Suite 5000
Philadelphia, PA 19106

**City of Chester c/o
JAMES RANDOLPH WOOD**
Portnoff Law Associates, Ltd.
2700 Horizon Drive
Suite 100
King of Prussia, PA 19406

Dept. of the Treasury
IRS
PO Box 7346
Phila., PA 19101-7346


Habitat for Humanity
c/o Pennsylvania Housing Finance Agency
211 North Front Street
Harrisburg, PA 17101