IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE

:

**Gaye Pomika Bigbee**     :     BK NO.

    **Debtor**     :     17-16295-MDC

**ORDER APPROVING LEGAL FEE**

AND NOW, this _____ day of _____ 2018, upon consideration of the within application filed by Michael D Ward, Esquire, the Court finds that the fee for representing the above-named Debtor(s), is reasonable considering the services performed by Counsel, and it is therefore:

ORDERED as follows:

Debtor's counsel's fee of $3,500.00 and costs of $310.00, for a total of $3,810.00 is hereby approved; and

Payment of $2,500.00 to the undersigned counsel for the Debtor in the Debtor=s Chapter 13 Plan is hereby approved.

By the Court:

_____
United States Bankruptcy Judge