# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Gaye Pomika Bigbee <br> <u>Debtor</u> <br><br> HABITAT FOR HUMANITY- DELAWARE, COUNTY, PENNSYLVANIA, INC. <br> <u>Movant</u> <br> vs. <br><br> Gaye Pomika Bigbee <br> <u>Debtor</u> <br><br> William C. Miller Esq. <br> <u>Trustee</u> | CHAPTER 13 <br> BK NO: 17-16295 MDC |

## ORDER GRANTING EXTENSION

Upon consideration of Movant's Motion requesting extension, it is hereby;

ORDERED that the deadline to file the Stipulation be extended to September 21, 2018.

By the court:

*Magdeline D. Coleman*

United States Bankruptcy Judge

Dated: September 4, 2018