United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-16295-mdc
Gaye Pomika Bigbee                                                      Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Randi              Page 1 of 1            Date Rcvd: Sep 04, 2018
                            Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2018.
db          Gaye Pomika Bigbee,    926 Madison Street,    Chester, PA  19013-5921

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2018 at the address(es) listed below:
      JAMES RANDOLPH WOOD    on behalf of Creditor    City of Chester jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
      KEVIN G. MCDONALD    on behalf of Creditor    HABITAT FOR HUMANITY- DELAWARE, COUNTY, PENNSYLVANIA, INC. bkgroup@kmllawgroup.com
      MATTEO SAMUEL WEINER    on behalf of Creditor    Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com
      MICHAEL D. WARD    on behalf of Debtor Gaye Pomika Bigbee mdwecf@gmail.com, G7290@notify.cincompass.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                 TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Gaye Pomika Bigbee <br> <u>Debtor</u> <br><br> HABITAT FOR HUMANITY- DELAWARE, COUNTY, PENNSYLVANIA, INC. <br> <u>Movant</u> <br> vs. <br><br> Gaye Pomika Bigbee <br> <u>Debtor</u> <br><br> William C. Miller Esq. <br> <u>Trustee</u> | CHAPTER 13 <br> BK NO: 17-16295 MDC |

## ORDER GRANTING EXTENSION

Upon consideration of Movant's Motion requesting extension, it is hereby;

ORDERED that the deadline to file the Stipulation be extended to September 21, 2018.

By the court:

Dated: September 4, 2018

*Magdeline D. Coleman*
United States Bankruptcy Judge