United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Gaye Pomika Bigbee  
    Debtor

Case No. 17-16295-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Randi    Page 1 of 1    Date Rcvd: Oct 01, 2018  
                     Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2018.  
db        Gaye Pomika Bigbee,    926 Madison Street,    Chester, PA   19013-5921

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2018 at the address(es) listed below:  
        JAMES RANDOLPH WOOD    on behalf of Creditor    City of Chester jwood@portnoffonline.com,  
         jwood@ecf.inforuptcy.com  
        KEVIN G. MCDONALD    on behalf of Creditor    HABITAT FOR HUMANITY- DELAWARE, COUNTY, PENNSYLVANIA,  
         INC. bkgroup@kmllawgroup.com  
        MATTEO SAMUEL WEINER    on behalf of Creditor    Pennsylvania Housing Finance Agency  
         bkgroup@kmllawgroup.com  
        MICHAEL D. WARD    on behalf of Debtor Gaye Pomika Bigbee mdwecf@gmail.com,  
         G7290@notify.cincompass.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                       TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Gaye Pomika Bigbee<br>          <u>Debtor</u><br><br>HABITAT FOR HUMANITY- DELAWARE,<br>COUNTY, PENNSYLVANIA, INC.<br>          <u>Movant</u><br>     vs.<br><br>Gaye Pomika Bigbee<br>          <u>Debtor</u><br><br>William C. Miller Esq.<br>          <u>Trustee</u> | CHAPTER 13<br>BK NO: 17-16295 MDC |

## ORDER GRANTING EXTENSION

Upon consideration of Movant's Motion requesting extension, it is hereby;

ORDERED that the deadline to file the Stipulation be extended to October 12, 2018.

By the court:

Dated: October 1, 2018

*Magdeline D. Coleman*
United States Bankruptcy Judge