IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE                                              :
**Gaye Pomika Bigbee**                             :    BK NO.
                                                   :    **17-16295-MDC**
DEBTOR                                             :

## CERTIFICATION OF SERVICE

I, Michael D. Ward, do hereby certify that true and correct copies of the Debtor's **Fourth** Amended Chapter 13 Plan was served this date by United States Mail, First Class, postage prepaid or ECF e-mail.

**The Debtor, Chapter 13 Trustee, and U.S. Trustee and the parties on the attached list.**

/S/Michael D. Ward
_____
Michael D. Ward

DATED:    **12/13/2018**

Dept. of the Treasury
IRS
PO Box 7346
Phila., PA 19101-7346

Educational Credit Management Corporation
PO Box 16408
St. Paul, MN 55116-0408


City of Chester
c/o Portnoff Law Associates, Ltd.
P.O. Box 3020
Norristown, PA 19404

Habitat for Humanity
c/o Pennsylvania Housing Finance Agency
211 North Front Street
Harrisburg, PA 17101