United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Gaye Pomika Bigbee  
    Debtor

Case No. 17-16295-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Randi    Page 1 of 1    Date Rcvd: Mar 01, 2019  
                     Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2019.  
db        Gaye Pomika Bigbee,    926 Madison Street,    Chester, PA   19013-5921

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                       TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2019 at the address(es) listed below:

       JAMES RANDOLPH WOOD    on behalf of Creditor    City of Chester jwood@portnoffonline.com, jwood@ecf.inforuptcy.com  
       KEVIN G. MCDONALD    on behalf of Creditor    HABITAT FOR HUMANITY- DELAWARE, COUNTY, PENNSYLVANIA, INC. bkgroup@kmllawgroup.com  
       KEVIN G. MCDONALD    on behalf of Creditor    Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com  
       LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com  
       MATTEO SAMUEL WEINER    on behalf of Creditor    Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com  
       MICHAEL D. WARD    on behalf of Debtor Gaye Pomika Bigbee mdwecf@gmail.com, G7290@notify.cincompass.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com

                                                                                                                             TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Gaye Pomika Bigbee <br> Debtor <br><br> HABITAT FOR HUMANITY- DELAWARE, COUNTY, PENNSYLVANIA, INC. <br> Movant <br> vs. <br><br> Gaye Pomika Bigbee <br> Debtor <br><br> William C. Miller, Esq. <br> Trustee | CHAPTER 13 <br><br> NO. 17-16295 MDC |

## ORDER

AND NOW, this 28th day of February 2019, upon consideration of Movant, Habitat for Humanity, Delaware County, Pennsylvania, Inc.'s (hereinafter, "Movant") Motion for Relief From the Automatic Stay, the response of Debtor, Gaye Pomika Bigbee (hereinafter "Debtor") and after a hearing thereupon, it is:

ORDERED THAT: Movant's Motion for Relief from the Automatic Stay of all proceedings is DENIED conditioned upon Debtor's successful completion of the following:

1. Debtor will provide payments totaling $4,580.00, made payable to Pennsylvania Housing Finance Agency or PHFA, no later that 5:00 pm EST on January 16, 2019 directly to KML Law Group, P.C., counsel for Movant;

2. Debtor will file an Amended Chapter 13 Plan no later than 5:00 pm EST on January 16, 2019 which will incorporate a total arrears amount of $25,193.06 (Pre-Petition Arrears of $22,794.06 and Post-Petition Arrears of $2,399.00);

3. Beginning with the payment due February 1, 2019 and continuing thereafter, Debtor shall pay to Movant, via bank check, the present regular monthly mortgage payment of $578.00 (or as adjusted pursuant to the terms of the mortgage) on or before the 1st day of each month (with late charges being assessed after the 15th of each month), at the address below:

PHFA
c/o Kim Ayala
211 N. Front Street
Harrisburg, PA 17101

4. Proof of the regular monthly mortgage payments for the month of February 2019, March 2019 and April 2019 will be provided by Debtor's Counsel to Movant's Counsel including proof of the certified mailing of the payments from Debtor to Movant;

5. In the event that Movant does not receive Debtor's monthly mortgage payment on or before the 15th of each month, Movant is permitted to file and serve a Certificate of Default and Relief from the Automatic Stay may be granted without any further hearings;

6. In the event that Debtor becomes more than three (3) months delinquent in her monthly plan payments to the assigned chapter 13 Trustee, Movant is permitted to file and serve a Certificate of Default and Relief from the Automatic Stay may be granted without any further hearings;

7. If Debtor provides reasonably acceptable proof of payments that Movant has not credited to Debtor's account, beyond evidence already accepted by the Court, Movant will adjust its records accordingly.

_Magdeline D. C_____
United States Bankruptcy Judge.