```
                IN THE UNITED STATES BANKRUPTCY COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

IN RE
:

**Gaye Pomika Bigbee**                                      :        BK NO.
   **Debtor**                                          :        **17-16295-MDC**

# CERTIFICATION OF NON-RESPONSE
## TO NOTICE OF SECOND AMENDED APPLICATION
### FOR APPROVAL OF LEGAL FEE

The undersigned, Michael D. Ward, Esquire does hereby aver and certify that he did serve copies of the Notice of Application for Approval of Legal Fee, as approved by the Clerk of the U.S. Bankruptcy Court for the Eastern District of Pennsylvania, upon all interested parties, creditors and attorneys, including all the parties listed on the matrix by depositing same with the United States Postal Service, at Philadelphia, PA as regular first class mail, postage pre-paid or by ECF e-mail on the following date: **February 20, 2019**

     More than twenty (20) days have elapsed from the date of mailing of said Notice of Application for Approval of Legal Fee, and having received no response thereto, and more than twenty (20) days having elapsed since the mailing of the Notice of Application for Approval of Legal Fee, and having received no response thereto, the undersigned as Attorney for the Debtor(s) does hereby ask that the fee in this case be Approved

                                                                         Respectfully submitted,

Dated**:  March 14, 2019**                                              /s/ Michael D Ward, Esq

                                                                         Michael D. Ward
                                                                         Attorney for the Debtor(s)

\