# Earnings Statement

**ADP**

BALLARD SPAHR LLP
1919 MARKET STREET
WILMINGTON, DE 19801

Period Beginning: 02/16/2019
Period Ending: 02/28/2019
Pay Date: 02/28/2019

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 3
  DE: 3

GAYE P BIGBEE
926 MADISON ST
CHESTER PA 19013

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 26.00 | 78.00 | 2,028.00 | 8,112.00 |
| Long Term Dis | | | 22.00 | 88.00 |
| **Gross Pay** | | | **$2,028.00** | 8,112.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -179.54 | 718.16 |
| | Social Security Tax | -125.74 | 502.96 |
| | Medicare Tax | -29.40 | 117.60 |
| | DE State Income Tax | -62.26 | 249.04 |
| | Wilmington Income Tax | -55.77 | 223.08 |
| | Other | | |
| | Fsa Med | -80.00* | 320.00 |
| | Long Term Care | -31.30 | 125.20 |
| | Long Term Dis | -22.00 | 88.00 |
| | 401K Plan | -75.00* | 300.00 |
| **Net Pay** | | | **$1,366.99** |
| | Checking 2 | -1,366.99 | |
| **Net Check** | | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 1.88 | 9.40 |
| Hlth Plan Value | 200.00 | 1,000.00 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,873.00

© 2000 ADP, LLC

Advice number: 00000090032
Pay date: 02/28/2019

**THIS IS NOT A CHECK**

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| GAYE P BIGBEE | xxxxxx8230 | xxxx xxxx | $1,366.99 |

# NON-NEGOTIABLE

# Earnings Statement

**ADP**

```
CO     FILE    DEPT    CLOCK   VCHR NO.
DFU    002340  000280          0000092
```

BALLARD SPAHR LLP
1919 MARKET STREET
WILMINGTON, DE 19801

Period Beginning:   03/01/2019
Period Ending:      03/15/2019
Pay Date:           03/15/2019

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal:  3
  DE:       3

GAYE P BIGBEE
926 MADISON ST
CHESTER PA 19013

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 26.00 | 78.00 | 2,028.00 | 10,140.00 |
| Long Term Dis | | | 22.00 | 110.00 |
| **Gross Pay** | | | **$2,028.00** | 10,140.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 1.88 | 11.28 |
| Hlth Plan Value | 200.00 | 1,200.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -179.54 | 897.70 |
| | Social Security Tax | -125.74 | 628.70 |
| | Medicare Tax | -29.40 | 147.00 |
| | DE State Income Tax | -62.26 | 311.30 |
| | Wilmington Income Tax | -55.77 | 278.85 |
| | **Other** | | |
| | Fsa Med | -80.00* | 400.00 |
| | Long Term Care | -31.30 | 156.50 |
| | Long Term Dis | -22.00 | 110.00 |
| | 401K Plan | -75.00* | 375.00 |
| | **Net Pay** | **$1,366.99** | |
| | Checking 2 | -1,366.99 | |
| | **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,873.00

© 2000 ADP, LLC

Advice number:  00000090032
Pay date:       02/28/2019



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| GAYE P BIGBEE | xxxxxx8230 | xxxx xxxx | $1,366.99 |

# NON-NEGOTIABLE