United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 17-16295-mdc
Gaye Pomika Bigbee                                                              Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 1              Date Rcvd: Mar 21, 2019
                             Form ID: 155              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 23, 2019.
db              Gaye Pomika Bigbee,   926 Madison Street,   Chester, PA  19013-5921

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 21, 2019 at the address(es) listed below:
         JAMES RANDOLPH WOOD   on behalf of Creditor   City of Chester jwood@portnoffonline.com,
          jwood@ecf.inforuptcy.com
         KEVIN G. MCDONALD   on behalf of Creditor   HABITAT FOR HUMANITY- DELAWARE, COUNTY, PENNSYLVANIA,
          INC. bkgroup@kmllawgroup.com
         KEVIN G. MCDONALD   on behalf of Creditor   Pennsylvania Housing Finance Agency
          bkgroup@kmllawgroup.com
         LEON P. HALLER   on behalf of Creditor   Pennsylvania Housing Finance Agency lhaller@pkh.com,
          dmaurer@pkh.com;mgutshall@pkh.com
         MATTEO SAMUEL WEINER   on behalf of Creditor   Pennsylvania Housing Finance Agency
          bkgroup@kmllawgroup.com
         MICHAEL D. WARD   on behalf of Debtor Gaye Pomika Bigbee mdwecf@gmail.com,
          G7290@notify.cincompass.com
         United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Gaye Pomika Bigbee
          Debtor(s)

                      Chapter: 13

                      Bankruptcy No: 17−16295−mdc

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this March 21, 2019 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:


    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                      Magdeline D. Coleman
                      Judge ,
                      United States Bankruptcy Court

99
Form 155