IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE                                              :

**Gaye Pomika Bigbee**                             :    BK NO.
   **Debtor**                       :    17-16295-MDC

## ORDER APPROVING LEGAL FEE

AND NOW, this 28th day of March 2019, upon consideration of the within second amended application filed by Michael D Ward, Esquire, the Court finds that the fee for representing the above-named Debtor(s), is reasonable in light of the services performed by Counsel, and it is therefore:

ORDERED as follows:

Debtor's counsel's fee of $5,000.00 and costs of $310.00, for a total of $5,310.00 is hereby approved; and

Payment of $4,000.00 to the undersigned counsel for the Debtor in the Debtor=s Chapter 13 Plan is hereby approved.

By the Court:

*Magdeline D. Coleman*

The Honorable Magdeline D. Coleman
United States Bankruptcy Judge