United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Gaye Pomika Bigbee  
      Debtor

Case No. 17-16295-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Randi | Page 1 of 1 | Date Rcvd: Mar 28, 2019 |
|---|---|---|---|
| | Form ID: pdf900 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2019.  
db       Gaye Pomika Bigbee,   926 Madison Street,   Chester, PA   19013-5921

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.       TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.       TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2019       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2019 at the address(es) listed below:

      JAMES RANDOLPH WOOD   on behalf of Creditor   City of Chester jwood@portnoffonline.com, jwood@ecf.inforuptcy.com  
      KEVIN G. MCDONALD   on behalf of Creditor   HABITAT FOR HUMANITY- DELAWARE, COUNTY, PENNSYLVANIA, INC. bkgroup@kmllawgroup.com  
      KEVIN G. MCDONALD   on behalf of Creditor   Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com  
      LEON P. HALLER   on behalf of Creditor   Pennsylvania Housing Finance Agency lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com  
      MATTEO SAMUEL WEINER   on behalf of Creditor   Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com  
      MICHAEL D. WARD   on behalf of Debtor Gaye Pomika Bigbee mdwecf@gmail.com, G7290@notify.cincompass.com  
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
      WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com

      TOTAL: 8

```
           IN THE UNITED STATES BANKRUPTCY COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE
                                          :
Gaye Pomika Bigbee                        :    BK NO.
     Debtor                               :    17-16295-MDC
```

## ORDER APPROVING LEGAL FEE

AND NOW, this  28th  day of    March    2019, upon consideration of the within second amended application filed by Michael D Ward, Esquire, the Court finds that the fee for representing the above-named Debtor(s), is reasonable in light of the services performed by Counsel, and it is therefore:

ORDERED as follows:

Debtor's counsel's fee of $5,000.00 and costs of $310.00, for a total of $5,310.00 is hereby approved; and

Payment of $4,000.00 to the undersigned counsel for the Debtor in the Debtor=s Chapter 13 Plan is hereby approved.

By the Court:

_Magdeline D. Coleman_
_____
The Honorable Magdeline D. Coleman
United States Bankruptcy Judge