Certificate Number: 15322-PAE-DE-036906041

Bankruptcy Case Number: 17-16295



15322-PAE-DE-036906041

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 16, 2022, at 2:48 o'clock PM CDT, Gaye Bigbee completed a course on personal financial management given by internet by 1$ Wiser Consumer Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   October 16, 2022             By:   /s/Richard Reibeling

Name:   Richard Reibeling

Title:   Certified Credit Counselor