United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                                                                                                                                                  Case No. 17-16295-mdc

Gaye Pomika Bigbee                                                                                                                                                             Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                             User: admin                                                       Page 1 of 3

Date Rcvd: Nov 03, 2022                                 Form ID: 138OBJ                                            Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Gaye Pomika Bigbee, 926 Madison Street, Chester, PA 19013-5921 |
| 14025449 | + | City of Chester, c/o James R. Wood, Esq., Portnoff Law Assocs Ltd., 2700 Horizon Dr., Ste. 100, King of Prussia, PA 19406-2726 |
| 13983966 | + | City of Chester, Chester City Hall, 1 Fourth St, Chester, PA 19013-4400 |
| 13989880 | + | City of Chester, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 13983965 | | DIANE M BOEHRET, Esquire, 1000 Sandy Hill Road, Suite 150, Norristown, Pennsylvania 19401 |
| 13983967 | + | HABITAT FOR HUMANITY, DELAWARE COUNTY PENNSYLVANIA, INC, 818 West MacDade Boulevard, Folsom, PA 19033-3513 |
| 13989879 | + | HABITAT FOR HUMANITY- DELAWARE, COUNTY, PENNSYLVAN, PHFA Loan Servicing Division, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 13989878 | + | JAMES RANDOLPH WOOD, Portnoff Law Associates, Ltd., 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14271400 | + | Michael D. Ward, 1800 JFK Blvd., Suite 300, Philadelphia, PA 19103-7402 |
| 13983968 | + | Michael McKeever, Esquire, KML Law Group P.C., 701 Market, St #5000, Philadelphia, PA 19106-1541 |
| 13999208 | + | PA Housing Finance Agy, c/o Matteo S. Weiner, Esq., KML Law Group PC, 701 Market St., Ste. 5000, Phila., PA 19106-1541 |
| 13983973 | + | PENNSYLVANIA FEDERAL COU, 900 MARKET STREET RM 400, PHILADELPHIA , PA 19107-4233 |
| 13983969 | + | Probation Dept of Delaware County, P O BOX 1057, MEDIA PA 19063-0857 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 04 2022 00:14:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 04 2022 00:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13983970 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 04 2022 00:13:00 | Dept. of the Treasury, IRS, PO Box 7346, Phila., PA 19101-7346 |
| 14016109 | | Email/Text: ECMCBKNotices@ecmc.org | Nov 04 2022 00:13:00 | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| 13989881 | | Email/Text: ECMCBKNotices@ecmc.org | Nov 04 2022 00:13:00 | Educational Credit Management Corporation, Po Box 16408, Saint Paul MN 55116-0408 |
| 13983974 | | Email/Text: bankruptcy@sccompanies.com | Nov 04 2022 00:14:00 | Ginnys, 1112 7th Ave., Monroe, WI 53566-1364 |
| 14061569 | + | Email/Text: blegal@phfa.org | Nov 04 2022 00:14:00 | Habitat for Humanity, c/o Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 13983975 | | Email/Text: bankruptcy@sccompanies.com | Nov 04 2022 00:14:00 | Midnight Velvet, 1112 7th Ave., Monroe, WI 53566-1364 |
| 13983977 | | Email/Text: bankruptcy@sccompanies.com | Nov 04 2022 00:14:00 | Monroe and Main, 1112 7th Ave., Monroe, WI 53566-1364 |

Case 17-16295-mdc    Doc 110    Filed 11/05/22    Entered 11/06/22 00:28:15    Desc
Imaged Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 03, 2022 | Form ID: 138OBJ | Total Noticed: 25 |

| 13983976 | + Email/Text: blegal@phfa.org | | | |
|---|---|---|---|---|
| | | | Nov 04 2022 00:14:00 | PHFA, Box 15057, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 13983979 | Email/Text: bankruptcy@sccompanies.com | | | |
| | | | Nov 04 2022 00:14:00 | Seventh Avenue, 1112 Seventh Ave., Monroe, WI 53566-1364 |
| 13983978 | Email/Text: bankruptcy@sccompanies.com | | | |
| | | | Nov 04 2022 00:14:00 | Through the Country Door, 1112 7th Ave., Monroe, WI 53566-1364 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13983971 | *+ | Internal Revenue Service, 600 ARCH STREET, PHILADELPHIA PA 19106-1695 |
| 14271401 | * | Michael D. Ward, 1800 JFK Blvd., Suite 300, Philadelphia, PA 19103-7402 |
| 13983972 | ##+ | ALLIED COLLECTION SERVICE, 8550 BALBOA BV 232, NORTHRIDGE, CA 91325-5806 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 05, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2022 at the address(es) listed below:

**Name**    **Email Address**

JAMES RANDOLPH WOOD
   on behalf of Creditor City of Chester jwood@portnoffonline.com jwood@ecf.inforuptcy.com

KENNETH E. WEST
   ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
   on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

KEVIN G. MCDONALD
   on behalf of Creditor HABITAT FOR HUMANITY- DELAWARE COUNTY, PENNSYLVANIA, INC. bkgroup@kmllawgroup.com

KEVIN G. MCDONALD
   on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com

LEON P. HALLER
   on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

MATTEO SAMUEL WEINER
   on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com

MICHAEL D. WARD
   on behalf of Debtor Gaye Pomika Bigbee mdwecf@gmail.com G7290@notify.cincompass.com

District/off: 0313-2    User: admin    Page 3 of 3
Date Rcvd: Nov 03, 2022    Form ID: 138OBJ    Total Noticed: 25

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Gaye Pomika Bigbee
        Debtor(s)

Case No: 17−16295−mdc
Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 11/3/22

109 − 108
Form 138OBJ